# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

*Debtor Name:* Kelliann Smithers

*Case No.:*

*Business Name:* Northeast Conservatory of Performing Arts

*For the Month & Year (1/11, etc.):* 11 / 2019

## BUSINESS INCOME

| | |
|---|---|
| (1) Actual Income from Sales & Service | $ 772.50 |
| (2) Other (Specify) | $ |
| (3) Other (Specify) | $ |
| **(4) Total Gross Revenue** | $ 772.50 |
| *(1+2+3)* | |

## ACTUAL BUSINESS EXPENSE PAID

| | |
|---|---|
| (5) Rent/Lease | $ |
| (6) Utilities (Electricity, Gas, Water) | $ |
| (7) Telephone | $ |
| (8) Insurance | $ |
| (9) Wages for Employees | $ |
| (10) Business Tax | $ |
| (11) Sales Tax | $ |
| (12) Employment Taxes | $ |
| (13) Gas & Fuel for Business Vehicles | $ |
| (14) Office Equipment | $ |
| (15) Advertising | $ |
| (16) Professional Fees | $ |
| (17) Office Supplies | $ |
| (18) Other (Specify) | $ |
| (19) Other (Specify) | $ |
| (20) Other (Specify) | $ |
| **(21) Total Business Expenses** *(Lines 5 through 20 added together)* | $ |

| | |
|---|---|
| **(20) Total Net Monthly Income** *(Line 4 – Line 15)* | $ |

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

*Debtor Name:* Kelliann Smithers

*Case No.:*

*Business Name:* Northeast Conservatory of Performing Arts

*For the Month & Year (1/11, etc.):* 10/2019

## BUSINESS INCOME

| | | |
|---|---|---|
| (1) Actual Income from Sales & Service | $ | 600 |
| (2) Other (Specify) | $ | |
| (3) Other (Specify) | $ | |
| **(4) Total Gross Revenue** | $ | 600 |
| *(1+2+3)* | | |

## ACTUAL BUSINESS EXPENSE PAID

| | | |
|---|---|---|
| (5) Rent/Lease | $ | |
| (6) Utilities (Electricity, Gas, Water) | $ | |
| (7) Telephone | $ | |
| (8) Insurance | $ | |
| (9) Wages for Employees | $ | |
| (10) Business Tax | $ | |
| (11) Sales Tax | $ | |
| (12) Employment Taxes | $ | |
| (13) Gas & Fuel for Business Vehicles | $ | |
| (14) Office Equipment | $ | |
| (15) Advertising | $ | |
| (16) Professional Fees | $ | |
| (17) Office Supplies | $ | |
| (18) Other (Specify) | $ | |
| (19) Other (Specify) | $ | |
| (20) Other (Specify) | $ | |
| **(21) Total Business Expenses** *(Lines 5 through 20 added together)* | $ | |
| **(20) Total Net Monthly Income** *(Line 4 – Line 15)* | $ | |

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

*Debtor Name:* Kelliann Smithers

*Case No.:*

*Business Name:* Northeast Conservatory of Performing Acts

*For the Month & Year (1/11, etc.):* 09/2019

BUSINESS INCOME
(1) Actual Income from Sales & Service        $ 225.00
(2) Other (Specify)                           $
(3) Other (Specify)                           $
**(4) Total Gross Revenue**                   $ 225.00
*(1+2+3)*

ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                                $
(6) Utilities (Electricity, Gas, Water)       $
(7) Telephone                                 $
(8) Insurance                                 $
(9) Wages for Employees                       $
(10) Business Tax                             $
(11) Sales Tax                                $
(12) Employment Taxes                         $
(13) Gas & Fuel for Business Vehicles         $
(14) Office Equipment                         $
(15) Advertising                              $
(16) Professional Fees                        $
(17) Office Supplies                          $
(18) Other (Specify)                          $
(19) Other (Specify)                          $
(20) Other (Specify)                          $
**(21) Total Business Expenses** *(Lines 5*   $
*through 20 added together)*

**(20) Total Net Monthly Income**             $
*(Line 4 – Line 15)*

**Earnings Statement**    ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 11/17/2019 |
| Period Ending: | 11/23/2019 |
| Pay Date: | 11/27/2019 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:    4
  PA:    N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA  PA  19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 52.62 | 1,089.01 | 51,364.49 |
| Bonus | | | | 4,000.00 |
| Miscellaneous | | | | 1,467.17 |
| **Gross Pay** | | | **$1,089.01** | 56,831.66 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,299.78 |
| | Social Security Tax | -63.69 | 3,345.11 |
| | Medicare Tax | -14.89 | 782.32 |
| | PA State Income Tax | -31.53 | 1,490.31 |
| | Philadelphia Income Tax | -42.16 | 1,993.49 |
| | PA SUI/SDI Tax | -0.65 | 34.10 |
| | **Other** | | |
| | Pretax Dental | -22.42* | 1,076.16 |
| | Pretax Medical | -35.00* | 1,590.00 |
| | Vision Pre Tax | -4.42* | 212.16 |
| | Loan | | 2,500.00 |
| | **Net Pay** | **$824.44** | |
| | Checking | -824.44 | 32,851.63 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| **Advice number:** | 00000480090 |
| Pay date: | 11/27/2019 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx5864 | xxxx xxxx | $824.44 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

S W ANDERSON  SALES  CORP
63 DANIEL  STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 11/10/2019 |
| Period Ending: | 11/16/2019 |
| Pay Date: | 11/21/2019 |

Taxable  Marital Status:  Married
Exemptions/Allowances:
   Federal:     4
   PA:       N/A

**HARRY  SMITHERS
2856  NAUTILUS  RD
PHILADELPHIA  PA  19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 50.98 | 1,089.01 | 50,275.48 |
| Bonus | | | | 4,000.00 |
| Miscellaneous | | | | 1,467.17 |
| **Gross Pay** | | | **$1,089.01** | 55,742.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,249.97 |
| | Social Security Tax | -63.68 | 3,281.42 |
| | Medicare Tax | -14.89 | 767.43 |
| | PA State Income Tax | -31.53 | 1,458.78 |
| | Philadelphia Income Tax | -42.16 | 1,951.33 |
| | PA SUI/SDI Tax | -0.66 | 33.45 |
| | **Other** | | |
| | Pretax Dental | -22.42* | 1,053.74 |
| | Pretax Medical | -35.00* | 1,555.00 |
| | Vision Pre Tax | -4.42* | 207.74 |
| | Loan | | 2,500.00 |
| | **Net Pay** | **$824.44** | |
| | Checking | -824.44 | 32,027.19 |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

   Your federal taxable wages this period are
   $1,027.17

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000470090 |
| Pay date: | 11/21/2019 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx5864 | xxxx xxxx | $824.44 |

**NON-NEGOTIABLE**

**Earnings Statement**    ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 11/03/2019 |
| Period Ending: | 11/09/2019 |
| Pay Date: | 11/14/2019 |

Taxable  Marital Status:    Married
Exemptions/Allowances:
   Federal:    4
   PA:      N/A

**HARRY  SMITHERS**
**2856  NAUTILUS  RD**
**PHILADELPHIA  PA  19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 61.45 | 1,089.01 | 49,186.47 |
| Bonus | | | | 4,000.00 |
| Miscellaneous | | | | 1,467.17 |
| **Gross Pay** | | | **$1,089.01** | 54,653.64 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS 631  293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,200.16 |
| | Social Security Tax | -63.72 | 3,217.74 |
| | Medicare Tax | -14.90 | 752.54 |
| | PA State Income Tax | -31.53 | 1,427.25 |
| | Philadelphia Income Tax | -42.16 | 1,909.17 |
| | PA SUI/SDI Tax | -0.65 | 32.79 |
| | **Other** | | |
| | Pretax Dental | -22.42* | 1,031.32 |
| | Pretax Medical | -35.00* | 1,520.00 |
| | Vision Pre Tax | -4.42* | 203.32 |
| | Loan | | 2,500.00 |
| | **Net Pay** | **$824.40** | |
| | Checking | -824.40 | 31,202.75 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000464101 |
| Pay date: | 11/14/2019 |

Deposited  to the account  of
HARRY  SMITHERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5864 | xxxx xxxx | $824.40 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

S W ANDERSON  SALES  CORP
63 DANIEL  STREET
FARMINGDALE,   NY 11735

| | |
|---|---|
| Period Beginning: | 11/02/2019 |
| Period Ending: | 11/08/2019 |
| Pay Date: | 11/08/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        4
PA:             N/A

**HARRY  SMITHERS
2856  NAUTILUS  RD
PHILADELPHIA   PA  19154**

| Earnings | rate | salary/hours | this period | | year to date |
|---|---|---|---|---|---|
| Bonus | | | 2,000.00 | | 4,000.00 |
| Regular | | | | | 48,097.46 |
| Miscellaneous | | | | | 1,467.17 |
| **Gross Pay** | | | **$2,000.00** | | 53,564.63 |

**Important Notes**

YOUR COMPANY'S  PHONE  NUMBER  IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -124.00 | 3,154.02 |
| | Medicare Tax | -29.00 | 737.64 |
| | Federal Income Tax | | 2,150.35 |
| | PA State Income Tax | | 1,395.72 |
| | Philadelphia Income Tax | | 1,867.01 |
| | PA SUI/SDI Tax | | 32.14 |
| | **Other** | | |
| | Loan | | 2,500.00 |
| | Pretax Dental | | 1,008.90 |
| | Pretax Medical | | 1,485.00 |
| | Vision Pre Tax | | 198.90 |
| | **Net Pay** | **$1,847.00** | |
| | Checking | | 30,378.35 |
| | **Net Check** | **$1,847.00** | |

Your federal taxable wages this period are
$2,000.00

© 2000 ADP, LLC

1-2/210

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

**Payroll check number:  0000017229**
Pay date:                11/08/2019

Pay to the
order of:   **HARRY  SMITHERS**

This amount:   ONE THOUSAND EIGHT HUNDRED FORTY SEVEN AND 00/100 DOLLARS          **$1847.00**

VOID  NON–NEGOTIABLE   VOID  NON–NEGOTIABLE


THIS IS NOT A CHECK

CHASE
JP MORGAN  CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM

Earnings Statement · ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

Period Beginning: 10/27/2019
Period Ending: 11/02/2019
Pay Date: 11/07/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 4
PA: N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 49.40 | 1,089.01 | 48,097.46 |
| Bonus | | | | 2,000.00 |
| Miscellaneous | | | | 59.52 |
| Gross Pay | | | $1,089.01 | 50,156.98 |

Important Notes
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,150.35 |
| | Social Security Tax | -63.69 | 2,942.78 |
| | Medicare Tax | -14.89 | 688.23 |
| | PA State Income Tax | -31.53 | 1,395.72 |
| | Philadelphia Income Tax | -42.16 | 1,867.01 |
| | PA SUI/SDI Tax | -0.65 | 30.09 |
| | **Other** | | |
| | Loan | -100.00 | 2,500.00 |
| | Pretax Dental | -22.42* | 1,008.90 |
| | Pretax Medical | -35.00* | 1,485.00 |
| | Vision Pre Tax | -4.42* | 198.90 |
| | Net Pay | $724.44 | |
| | Checking | -724.44 | 30,378.35 |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

Advice number: 00000454089
Pay date: 11/07/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx5864 | xxxx xxxx | $724.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

361   004704  002806        0000440085

# Earnings Statement 

S W ANDERSON  SALES  CORP
63 DANIEL  STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 10/20/2019 |
| Period Ending: | 10/26/2019 |
| Pay Date: | 10/31/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:      4
   PA:           N/A

**HARRY  SMITHERS
2856  NAUTILUS  RD
PHILADELPHIA   PA  19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 50.62 | 1,089.01 | 47,008.45 |
| Bonus | | | | 2,000.00 |
| Miscellaneous | | | | 59.52 |
| **Gross Pay** | | | **$1,089.01** | 49,067.97 |

**Important Notes**

YOUR COMPANY'S  PHONE  NUMBER  IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,100.54 |
| | Social Security Tax | -63.68 | 2,879.09 |
| | Medicare Tax | -14.90 | 673.34 |
| | PA State Income Tax | -31.53 | 1,364.19 |
| | Philadelphia Income Tax | -42.16 | 1,824.85 |
| | PA SUI/SDI Tax | -0.65 | 29.44 |
| | **Other** | | |
| | Loan | -100.00 | 2,400.00 |
| | Pretax Dental | -22.42* | 986.48 |
| | Pretax Medical | -35.00* | 1,450.00 |
| | Vision Pre Tax | -4.42* | 194.48 |
| | **Net Pay** | **$724.44** | |
| | Checking | -724.44 | 29,653.91 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| **Advice number:** | **00000440085** |
| Pay date: | 10/31/2019 |

Deposited  to  the  account  of
HARRY  SMITHERS

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx5864 | xxxx  xxxx | $724.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**  ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 10/13/2019 |
| Period Ending: | 10/19/2019 |
| Pay Date: | 10/24/2019 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  4
  PA:  N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA  PA  19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 53.35 | 1,089.01 | 45,919.44 |
| Bonus | | | | 2,000.00 |
| Miscellaneous | | | | 59.52 |
| **Gross Pay** | | | **$1,089.01** | 47,978.96 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 2,050.73 |
| | Social Security Tax | -63.68 | 2,815.41 |
| | Medicare Tax | -14.89 | 658.44 |
| | PA State Income Tax | -31.53 | 1,332.66 |
| | Philadelphia Income Tax | -42.16 | 1,782.69 |
| | PA SUI/SDI Tax | -0.66 | 28.79 |
| | **Other** | | |
| | Loan | -100.00 | 2,300.00 |
| | Pretax Dental | -22.42* | 964.06 |
| | Pretax Medical | -35.00* | 1,415.00 |
| | Vision Pre Tax | -4.42* | 190.06 |
| | **Net Pay** | **$724.44** | |
| | Checking | -724.44 | 28,929.47 |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2006 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000430096 |
| Pay date: | 10/24/2019 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx5864 | xxxx  xxxx | $724.44 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 10/06/2019 |
| Period Ending: | 10/12/2019 |
| Pay Date: | 10/17/2019 |

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA PA 19154**

Taxable Marital Status:  Married
Exemptions/Allowances:
　Federal:　　4
　PA:　　N/A

| Earnings | rate | salary/hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 1089.01 | 54.63 | 1,089.01 | | 44,830.43 |
| Bonus | | | | | 2,000.00 |
| Miscellaneous | | | | | 59.52 |
| **Gross Pay** | | | **$1,089.01** | | 46,889.95 |

| Deductions | Statutory | | | year to date |
|---|---|---|---|---|
| | Federal Income Tax | -49.81 | | 2,000.92 |
| | Social Security Tax | -63.69 | | 2,751.73 |
| | Medicare Tax | -14.90 | | 643.55 |
| | PA State Income Tax | -31.53 | | 1,301.13 |
| | Philadelphia Income Tax | -42.16 | | 1,740.53 |
| | PA SUI/SDI Tax | -0.65 | | 28.13 |
| | **Other** | | | |
| | Loan | -100.00 | | 2,200.00 |
| | Pretax Dental | -22.42* | | 941.64 |
| | Pretax Medical | -35.00* | | 1,380.00 |
| | Vision Pre Tax | -4.42* | | 185.64 |
| | **Net Pay** | **$724.43** | | |
| | Checking | | | 28,205.03 |
| | **Net Check** | **$724.43** | | |

**Deposits**

| | |
|---|---|
| Account No. | xxxxxx5864 |
| Transit/ABA | xxxx xxxx |
| Pending | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

1-2/210

---

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

**Payroll check number:  0000017075**
**Pay date:**　　　　　　 10/17/2019

Pay to the
order of:  **HARRY SMITHERS**

This amount:  **SEVEN HUNDRED TWENTY FOUR AND 43/100 DOLLARS**    **$724.43**



VOID NON-NEGOTIABLE    VOID  NON-NEGOTIABLE

CHASE
JP MORGAN CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM



**Earnings Statement** ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

Period Beginning: 09/29/2019
Period Ending: 10/05/2019
Pay Date: 10/10/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 4
PA: N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 52.68 | 1,089.01 | 43,741.42 |
| Bonus | | | | 2,000.00 |
| Miscellaneous | | | | 59.52 |
| Gross Pay | | | $1,089.01 | 45,800.94 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 1,951.11 |
| | Social Security Tax | -63.68 | 2,688.04 |
| | Medicare Tax | -14.89 | 628.65 |
| | PA State Income Tax | -31.53 | 1,269.60 |
| | Philadelphia Income Tax | -42.16 | 1,698.37 |
| | PA SUI/SDI Tax | -0.65 | 27.48 |
| | Other | | |
| | Loan | -100.00 | 2,100.00 |
| | Pretax Dental | -22.42* | 919.22 |
| | Pretax Medical | -35.00* | 1,345.00 |
| | Vision Pre Tax | -4.42* | 181.22 |
| | Net Pay | $724.45 | |
| | Checking | | 28,205.03 |
| | Net Check | $724.45 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

1-2/210

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

Payroll check number: 0000017039
Pay date: 10/10/2019

Pay to the
order of: **HARRY SMITHERS**

This amount: SEVEN HUNDRED TWENTY FOUR AND 45/100 DOLLARS

THIS IS NOT A CHECK

$724.45

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

CHASE
JP MORGAN CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM

**Earnings Statement**

ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 09/22/2019 |
| Period Ending: | 09/28/2019 |
| Pay Date: | 10/03/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:          4
   PA:               N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA  PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 51.05 | 1,089.01 | 42,652.41 |
| Miscellaneous | | | 59.52 | 59.52 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,148.53** | 44,711.93 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -56.95 | 1,901.30 |
| | Social Security Tax | -67.38 | 2,624.36 |
| | Medicare Tax | -15.76 | 613.76 |
| | PA State Income Tax | -33.36 | 1,238.07 |
| | Philadelphia Income Tax | -44.46 | 1,656.21 |
| | PA SUI/SDI Tax | -0.69 | 26.83 |
| | **Other** | | |
| | Loan | -100.00 | 2,000.00 |
| | Pretax Dental | -22.42* | 896.80 |
| | Pretax Medical | -35.00* | 1,310.00 |
| | Vision Pre Tax | -4.42* | 176.80 |
| | **Net Pay** | **$768.09** | |
| | Checking | | 28,205.03 |
| | **Net Check** | **$768.09** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,086.69

© 2006 ADP, LLC

1-2/210

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

**Payroll check number:  0000017004**
Pay date:                      10/03/2019

| | |
|---|---|
| Pay to the order of: | **HARRY SMITHERS** |
| This amount: | **SEVEN HUNDRED SIXTY EIGHT AND 09/100 DOLLARS** | **$768.09** |



VOID NON-NEGOTIABLE   VOID   NON-NEGOTIABLE

CHASE
JP MORGAN CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM

**Earnings Statement**

**ADP**

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 09/15/2019 |
| Period Ending: | 09/21/2019 |
| Pay Date: | 09/26/2019 |

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:    4
   PA:      N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 53.63 | 1,089.01 | 41,563.40 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 43,563.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 1,844.35 |
| | Social Security Tax | -63.68 | 2,556.98 |
| | Medicare Tax | -14.89 | 598.00 |
| | PA State Income Tax | -31.53 | 1,204.71 |
| | Philadelphia Income Tax | -42.16 | 1,611.75 |
| | PA SUI/SDI Tax | -0.66 | 26.14 |
| | **Other** | | |
| | Loan | -100.00 | 1,900.00 |
| | Pretax Dental | -22.42* | 874.38 |
| | Pretax Medical | -35.00* | 1,275.00 |
| | Vision Pre Tax | -4.42* | 172.38 |
| | **Net Pay** | **$724.44** | |
| | Checking | | 28,205.03 |
| | **Net Check** | **$724.44** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC.

1-2/210

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

**Payroll check number:** 0000016970
**Pay date:**    09/26/2019

Pay to the
order of:    **HARRY SMITHERS**

This amount:    SEVEN HUNDRED TWENTY FOUR AND 44/100 DOLLARS    **$724.44**



VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

CHASE
JP MORGAN CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM

**Earnings Statement** ADP®

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 09/08/2019 |
| Period Ending: | 09/14/2019 |
| Pay Date: | 09/19/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 4
PA: N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | | 1,089.01 | 40,474.39 |
| Vacation | | 40.00 | | |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 42,474.39 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 1,794.54 |
| | Social Security Tax | -63.69 | 2,493.30 |
| | Medicare Tax | -14.89 | 583.11 |
| | PA State Income Tax | -31.53 | 1,173.18 |
| | Philadelphia Income Tax | -42.16 | 1,569.59 |
| | PA SUI/SDI Tax | -0.65 | 25.48 |
| | **Other** | | |
| | Loan | -100.00 | 1,800.00 |
| | Pretax Dental | -22.42* | 851.96 |
| | Pretax Medical | -35.00* | 1,240.00 |
| | Vision Pre Tax | -4.42* | 167.96 |
| | **Net Pay** | **$724.44** | |
| | Checking | | 28,205.03 |
| | **Net Check** | **$724.44** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,027.17

© 2000 ADP, LLC

1-2/210

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

Payroll check number: 0000016933
Pay date: 09/19/2019

Pay to the
order of: **HARRY SMITHERS**

This amount: SEVEN HUNDRED TWENTY FOUR AND 44/100 DOLLARS | $724.44



VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

CHASE
JP MORGAN CHASE BANK, N.A.
NEW YORK, NY 10017
WWW.CHASE.COM

# Earnings Statement

**ADP®**

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| Period Beginning: | 09/01/2019 |
|---|---|
| Period Ending: | 09/07/2019 |
| Pay Date: | 09/12/2019 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  4
  PA:  N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 40.78 | 1,089.01 | 39,385.38 |
| Holiday | | 8.00 | | |
| Bonus | | | | 2,000.00 |
| Gross Pay | | | $1,089.01 | 41,385.38 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.81 | 1,744.73 |
| | Social Security Tax | -63.68 | 2,429.61 |
| | Medicare Tax | -14.90 | 568.22 |
| | PA State Income Tax | -31.53 | 1,141.65 |
| | Philadelphia Income Tax | -42.16 | 1,527.43 |
| | PA SUI/SDI Tax | -0.65 | 24.83 |
| | **Other** | | |
| | Loan | -100.00 | 1,700.00 |
| | Pretax Dental | -22.42* | 829.54 |
| | Pretax Medical | -35.00* | 1,205.00 |
| | Vision Pre Tax | -4.42* | 163.54 |
| | Net Pay | $724.44 | |
| | Checking | -724.44 | 28,205.03 |
| | Net Check | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,027.17

© 2009 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| Advice number: | 00000370089 |
|---|---|
| Pay date: | 09/12/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $724.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

ADP®

S W ANDERSON  SALES  CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 08/25/2019 |
| Period Ending: | 08/31/2019 |
| Pay Date: | 09/05/2019 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    4
   PA:    N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA  19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 50.62 | 1,089.01 | 38,296.37 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 40,296.37 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS 631  293-4007

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,694.92 |
| | Social Security Tax | -63.84 | 2,365.93 |
| | Medicare Tax | -14.93 | 553.32 |
| | PA State Income Tax | -31.61 | 1,110.12 |
| | Philadelphia Income Tax | -42.16 | 1,485.27 |
| | PA SUI/SDI Tax | -0.66 | 24.18 |
| | **Other** | | |
| | Loan | -100.00 | 1,600.00 |
| | Pretax Dental | -22.42* | 807.12 |
| | Pretax Medical | -32.50* | 1,170.00 |
| | Vision Pre Tax | -4.42* | 159.12 |
| | **Net Pay** | **$726.36** | |
| | Checking | -726.36 | 27,480.59 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,029.67

© 2060 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000360088 |
| Pay date: | 09/05/2019 |

Deposited  to the account  of

HARRY  SMITHERS

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx1707 | xxxx  xxxx | $726.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**    ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 08/18/2019 |
| Period Ending: | 08/24/2019 |
| Pay Date: | 08/29/2019 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:        4
    PA:          N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA  19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 51.33 | 1,089.01 | 37,207.36 |
| Bonus | | | | 2,000.00 |
| Gross Pay | | | $1,089.01 | 39,207.36 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,644.81 |
| | Social Security Tax | -63.84 | 2,302.09 |
| | Medicare Tax | -14.93 | 538.39 |
| | PA State Income Tax | -31.61 | 1,078.51 |
| | Philadelphia Income Tax | -42.16 | 1,443.11 |
| | PA SUI/SDI Tax | -0.65 | 23.52 |
| | **Other** | | |
| | Loan | -100.00 | 1,500.00 |
| | Pretax Dental | -22.42* | 784.70 |
| | Pretax Medical | -32.50* | 1,137.50 |
| | Vision Pre Tax | -4.42* | 154.70 |
| | Net Pay | $726.37 | |
| | Checking | -726.37 | 26,754.23 |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

   Your federal taxable wages this period are
   $1,029.67

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000350089 |
| Pay date: | 08/29/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $726.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Period Beginning: | 08/11/2019 |
| Period Ending: | 08/17/2019 |
| Pay Date: | 08/22/2019 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:        4
PA:        N/A

**HARRY SMITHERS
2856 NAUTILUS RD
PHILADELPHIA PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 48.37 | 1,089.01 | 36,118.35 |
| Bonus | | | | 2,000.00 |
| Gross Pay | | | $1,089.01 | 38,118.35 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,594.70 |
| | Social Security Tax | -63.84 | 2,238.25 |
| | Medicare Tax | -14.93 | 523.46 |
| | PA State Income Tax | -31.61 | 1,046.90 |
| | Philadelphia Income Tax | -42.16 | 1,400.95 |
| | PA SUI/SDI Tax | -0.65 | 22.87 |
| | **Other** | | |
| | Loan | -100.00 | 1,400.00 |
| | Pretax Dental | -22.42* | 762.28 |
| | Pretax Medical | -32.50* | 1,105.00 |
| | Vision Pre Tax | -4.42* | 150.28 |
| | Net Pay | $726.37 | |
| | Checking | -726.37 | 26,027.86 |
| | Net Check | $0.00 | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,029.67

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000340088 |
| Pay date: | 08/22/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $726.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**    ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| Period Beginning: | 08/04/2019 |
|---|---|
| Period Ending: | 08/10/2019 |
| Pay Date: | 08/15/2019 |

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    4
  PA:    N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 48.03 | 1,089.01 | 35,029.34 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 37,029.34 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,544.59 |
| | Social Security Tax | -63.84 | 2,174.41 |
| | Medicare Tax | -14.93 | 508.53 |
| | PA State Income Tax | -31.61 | 1,015.29 |
| | Philadelphia Income Tax | -42.16 | 1,358.79 |
| | PA SUI/SDI Tax | -0.66 | 22.22 |
| | **Other** | | |
| | Loan | -100.00 | 1,300.00 |
| | Pretax Dental | -22.42* | 739.86 |
| | Pretax Medical | -32.50* | 1,072.50 |
| | Vision Pre Tax | -4.42* | 145.86 |
| | **Net Pay** | **$726.36** | |
| | Checking | -726.36 | 25,301.49 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,029.67

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| Advice number: | 00000330089 |
|---|---|
| Pay date: | 08/15/2019 |

Deposited to the account of
HARRY SMITHERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1707 | xxxx xxxx | $726.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

ADP®

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 07/28/2019 |
| Period Ending: | 08/03/2019 |
| Pay Date: | 08/08/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:          4
   PA:              N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 52.67 | 1,089.01 | 33,940.33 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 35,940.33 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,494.48 |
| | Social Security Tax | -63.84 | 2,110.57 |
| | Medicare Tax | -14.93 | 493.60 |
| | PA State Income Tax | -31.61 | 983.68 |
| | Philadelphia Income Tax | -42.16 | 1,316.63 |
| | PA SUI/SDI Tax | -0.65 | 21.56 |
| | **Other** | | |
| | Loan | -100.00 | 1,200.00 |
| | Pretax Dental | -22.42* | 717.44 |
| | Pretax Medical | -32.50* | 1,040.00 |
| | Vision Pre Tax | -4.42* | 141.44 |
| | **Net Pay** | | **$726.37** |
| | Checking | -726.37 | 24,575.13 |
| | **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,029.67

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000320090 |
| Pay date: | 08/08/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $726.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**®

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 07/21/2019 |
| Period Ending: | 07/27/2019 |
| Pay Date: | 08/01/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:       4
    PA:            N/A

**HARRY  SMITHERS**
**2856  NAUTILUS  RD**
**PHILADELPHIA  PA  19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 45.22 | 1,089.01 | 32,851.32 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 34,851.32 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS 631  293-4007

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,444.37 |
| | Social Security Tax | -63.84 | 2,046.73 |
| | Medicare Tax | -14.93 | 478.67 |
| | PA State Income Tax | -31.61 | 952.07 |
| | Philadelphia Income Tax | -42.16 | 1,274.47 |
| | PA SUI/SDI Tax | -0.65 | 20.91 |
| | **Other** | | |
| | Loan | -100.00 | 1,100.00 |
| | Pretax Dental | -22.42* | 695.02 |
| | Pretax Medical | -32.50* | 1,007.50 |
| | Vision Pre Tax | -4.42* | 137.02 |
| | **Net Pay** | **$726.37** | |
| | Checking | -726.37 | 23,848.76 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,029.67

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000310099 |
| Pay date: | 08/01/2019 |

THIS IS NOT A CHECK

| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY  SMITHERS | xxxxxx1707 | xxxx xxxx | $726.37 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 07/14/2019 |
| Period Ending: | 07/20/2019 |
| Pay Date: | 07/25/2019 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:  4
PA:  N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1089.01 | 9.75 | 1,089.01 | 31,762.31 |
| Vacation | | 32.00 | | |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,089.01** | 33,762.31 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 631 293-4007

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,057.70 TO 1,089.01.

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -50.11 | 1,394.26 |
| | Social Security Tax | -63.84 | 1,982.89 |
| | Medicare Tax | -14.93 | 463.74 |
| | PA State Income Tax | -31.61 | 920.46 |
| | Philadelphia Income Tax | -42.16 | 1,232.31 |
| | PA SUI/SDI Tax | -0.66 | 20.26 |
| | **Other** | | |
| | Loan | -100.00 | 1,000.00 |
| | Pretax Dental | -22.42* | 672.60 |
| | Pretax Medical | -32.50* | 975.00 |
| | Vision Pre Tax | -4.42* | 132.60 |
| | **Net Pay** | **$726.36** | |
| | Checking | -726.36 | 23,122.39 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,029.67

© 2008 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE, NY 11735

| | |
|---|---|
| Advice number: | 00000300085 |
| Pay date: | 07/25/2019 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $726.36 |

**NON-NEGOTIABLE**

**Earnings  Statement**

**ADP**

S W ANDERSON  SALES  CORP
63 DANIEL  STREET
FARMINGDALE,  NY 11735

Period Beginning:      07/07/2019
Period Ending:          07/13/2019
Pay  Date:                 07/18/2019

Taxable  Marital  Status:     Married
Exemptions/Allowances:
Federal:        4
PA:             N/A

**HARRY  SMITHERS**
**2856  NAUTILUS  RD**
**PHILADELPHIA   PA  19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.70 | 55.78 | 1,057.70 | 30,673.30 |
| Bonus | | | | 2,000.00 |
| Gross Pay | | | $1,057.70 | 32,673.30 |

**Important  Notes**

YOUR  COMPANY'S  PHONE  NUMBER  IS 631  293-4007

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -46.35 | 1,344.15 |
| | Social Security Tax | -61.90 | 1,919.05 |
| | Medicare Tax | -14.48 | 448.81 |
| | PA State Income Tax | -30.65 | 888.85 |
| | Philadelphia Income Tax | -40.95 | 1,190.15 |
| | PA SUI/SDI Tax | -0.63 | 19.60 |
| | **Other** | | |
| | Loan | -100.00 | 900.00 |
| | Pretax Dental | -22.42* | 650.18 |
| | Pretax Medical | -32.50* | 942.50 |
| | Vision Pre Tax | -4.42* | 128.18 |
| | Net Pay | $703.40 | |
| | Checking | -703.40 | 22,396.03 |
| | Net Check | $0.00 | |

* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are  $998.36

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

Advice  number:        00000290090
Pay date:                  07/18/2019

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| HARRY  SMITHERS | xxxxxx1707 | xxxx  xxxx | $703.40 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

Period Beginning:     06/30/2019
Period Ending:        07/06/2019
Pay Date:             07/11/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:       4
    PA:            N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA 19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.70 | 31.88 | 1,057.70 | 29,615.60 |
| Holiday | | 8.00 | | |
| Sick | | 8.00 | | |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,057.70** | 31,615.60 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS 631 293-4007

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.35 | 1,297.80 |
| | Social Security Tax | -61.90 | 1,857.15 |
| | Medicare Tax | -14.47 | 434.33 |
| | PA State Income Tax | -30.65 | 858.20 |
| | Philadelphia Income Tax | -40.95 | 1,149.20 |
| | PA SUI/SDI Tax | -0.64 | 18.97 |
| | **Other** | | |
| | Loan | -100.00 | 800.00 |
| | Pretax Dental | -22.42* | 627.76 |
| | Pretax Medical | -32.50* | 910.00 |
| | Vision Pre Tax | -4.42* | 123.76 |
| | **Net Pay** | **$703.40** | |
| | Checking | -703.40 | 21,692.63 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $998.36

© 2000 ADP, LLC

S W ANDERSON SALES CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

Advice number:        00000280085
Pay date:             07/11/2019

THIS IS NOT A CHECK

| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| HARRY SMITHERS | xxxxxx1707 | xxxx xxxx | $703.40 |

**NON-NEGOTIABLE**

361    004704    002905          0000270085

## Earnings Statement



S W ANDERSON  SALES  CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Period Beginning: | 06/23/2019 |
| Period Ending: | 06/29/2019 |
| Pay Date: | 07/03/2019 |

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:        4
    PA:             N/A

**HARRY SMITHERS**
**2856 NAUTILUS RD**
**PHILADELPHIA  PA  19154**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1057.70 | 51.03 | 1,057.70 | 28,557.90 |
| Bonus | | | | 2,000.00 |
| **Gross Pay** | | | **$1,057.70** | 30,557.90 |

**Important Notes**
YOUR COMPANY'S  PHONE  NUMBER  IS  631 293-4007

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -46.35 | 1,251.45 |
| | Social Security Tax | -61.89 | 1,795.25 |
| | Medicare Tax | -14.48 | 419.86 |
| | PA State Income Tax | -30.65 | 827.55 |
| | Philadelphia Income Tax | -40.95 | 1,108.25 |
| | PA SUI/SDI Tax | -0.63 | 18.33 |
| | **Other** | | |
| | Loan | -100.00 | 700.00 |
| | Pretax Dental | -22.42* | 605.34 |
| | Pretax Medical | -32.50* | 877.50 |
| | Vision Pre Tax | -4.42* | 119.34 |
| | **Net Pay** | **$703.41** | |
| | Checking | -703.41 | 20,989.23 |
| | **Net Check** | **$0.00** | |

**\* Excluded from  federal  taxable  wages**
   Your federal taxable wages this period are $998.36

© 2000 ADP, LLC

S W ANDERSON  SALES  CORP
63 DANIEL STREET
FARMINGDALE,  NY 11735

| | |
|---|---|
| Advice number: | 00000270085 |
| Pay date: | 07/03/2019 |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| HARRY  SMITHERS | xxxxxx1707 | xxxx  xxxx | $703.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**