UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Kelliann Smithers | : | Case No.: 19-17978-amc |
| Harry F. Smithers | : | |
| Debtor | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion of Kelliann and Harry Smithers to Determine Value of Vehicle, it is hereby:

ORDERED and DECREED that the Order is granted and that the Debtors' 2014 Ford Escape VIN: 1FMCU0GXXEUA65793 has a value of: **$7,199.00 (including all interest)**

XXXXXXXXXXXXXXXXXX
~~FURTHER ORDERED:~~

**Date: November 12, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge